IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,

    Petitioner,        No. CIV S-03-02338 DFL KJM P

   vs.

D.L. RUNNELS, et al.,

    Respondents.      ORDER

_____/

        Petitioner has filed a request for reconsideration of the order filed March 1, 2005 by the Honorable William B. Shubb, affirming the order of the magistrate judge filed February 3, 2005. Petitioner has failed to demonstrate any new or different facts or circumstances apart from the reassignment of the case to the undersigned, a circumstance which has no impact on the merits of the prior rulings. See E.D. Local Rule 78-230(k). Accordingly, the motion for reconsideration is denied.

DATED: 6/23/2005

                               /s/ David F. Levi
                              UNITED STATES DISTRICT JUDGE

/brid02338.950