IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,

    Petitioner,                    No. CIV S-03-2338 DFL KJM P

    vs.

D.L. RUNNELS, Warden, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a writ of habeas corpus under 28 U.S.C. § 2254, following this court's recommendation that the originally filed petition be dismissed and petitioner be given leave to amend.

        Because petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's application to proceed in forma pauperis is granted;

        2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An

/////

1  answer shall be accompanied by all transcripts and other documents relevant to the issues
2  presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;
3      3. If the response to the habeas petition is an answer, petitioner's reply, if any,
4  shall be filed and served within thirty days after service of the answer; and
5      4. If the response to the habeas petition is a motion, petitioner's opposition or
6  statement of non-opposition to the motion shall be filed and served within thirty days after
7  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
8  thereafter.
9  DATED:  September 14, 2005.

                                                             _____
                                                             UNITED STATES MAGISTRATE JUDGE

2
brid2338.100