IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONTE LEE BRIDGES,** | CIV S-03-2338 WBS KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **D.L. RUNNELS, Warden et al.,** | |
| Respondents. | |

Respondent has filed requests for extension of time to respond to the petition in this matter, on both November 7, 2005 and December 12, 2005.

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus is to be filed on or before December 24, 2005.

Dated: December 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1