IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,

        Petitioner,                      No. CIV S-03-2338 DFL KJM P

    vs.

D.L. RUNNELS, Warden,

        Respondent.                 <u>ORDER</u>

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his Shasta County conviction for robbery and the resulting "three strikes" sentence on several grounds. Among his challenges is a claim of ineffective assistance of appellate counsel stemming from counsel's refusal to raise the denial of his <u>Marsden</u> motions on appeal. Am. Pet. at 12. Petitioner also challenges the court's refusal to admit a videotape of another person confessing to the robbery of which petitioner was convicted. <u>Id</u>. at 11. This court cannot address these issues based on the current record, which is inadequate.

        Under Rule 5(c) of the Rules Governing Section 2254 Cases, this court may "order that the respondent furnish . . . parts of existing transcripts" and under Rule 7(a), this court may direct the parties to expand the record. Relying on these rules, the court directs

1

1   respondent to lodge a copy of defendant's Exhibit C, a videotape of John Bush's statement,
2   which the trial court reviewed before making its ruling.  See RT 729.

3           The court recognizes that respondent did not receive the transcripts of the three
4   Marsden hearings because appellate counsel did not raise any issues related to them on appeal.
5   The hearings were transcribed, however, and sent to the Court of Appeal for the Third Appellate
6   District.  See People v. Bridges, C037546 (entry for 3/7/2001).  Accordingly, the court directs
7   respondent to ask the Court of Appeal to transmit the following transcripts to this court **under**
8   **seal** and labeled with the instant case number: a Marsden hearing held on July 6, 2000, reported
9   at RT 2-10; a Marsden hearing held on November 7, 2000, reported at RT 993-996; and a
10  Marsden hearing held on January 12, 2001, reported at RT 1042-1049.

11          These materials shall be filed within forty-five days of the date of this order.
12          IT IS SO ORDERED.
13  DATED: February 6, 2007.

                                  U.S. MAGISTRATE JUDGE

17  2
   brid2338.rec