FILED

SEP 11 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,

    Petitioner,　　　　　　No. CIV S-03-2338 RRB KJM P

vs.

D.L. RUNNELS, Warden,

    Respondent.　　　　　　<u>ORDER</u>

_____/

    On March 7, 2007, the Court of Appeal for the Third Appellate District transmitted transcripts of three <u>Marsden</u> proceedings held before the Shasta County Superior Court, one on July 6, 2000, one on November 7, 2000, and one on January 12, 2001,[1] under seal, to this court.

    IT IS HEREBY ORDERED that the Clerk of the Court is directed to file the Shasta County Superior Court transcripts dated July 6, 2000, November 7, 2000, and January 12, 2001, under seal.

DATED: 9/11/07

                                                                UNITED STATES MAGISTRATE JUDGE

2/brid2338.sealrt

---

[1] The January 12, 2001 transcript is misidentified on the cover sheet as related to proceedings on November 7, 2000.

1