IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE LEE BRIDGES,

        Petitioner,                 No. CIV S-03-2338 JKS KJM P

    vs.

D.L. RUNNELS, Warden,

        Respondent.              ORDER

                                /

        Petitioner's request for reconsideration (docket no. 75) of the court's order denying his request to proceed in forma pauperis is denied.

        IT IS SO ORDERED.

DATED: September 8, 2008.

_____
U.S. MAGISTRATE JUDGE

2
brid2338.ifp(2)

1